**95–1807.** State v. Viera. *Auglaize County*, No. 2–95–25. On review of order certifying a conflict. The court determines that a conflict exists; cause consolidated with 95–1806, *infra*, and held for the decision in 95–1377 and 95–1466, *infra*; briefing schedule stayed.

MOYER, C.J., WRIGHT and COOK, JJ., dissent.

**95–1811.** State ex rel. Inskeep v. Staten. In Mandamus. On motion to dismiss and respondents' motion for alternative writ and on request for oral argument. Alternative writ granted and request for oral argument denied.

**95–1864.** State ex rel. Leonard v. White. In Mandamus. On answer of respondent. *Sua sponte*, alternative writ granted.

**95–1883.** State ex rel. Thomas v. Solon. In Mandamus. On answer of respondent. *Sua sponte*, alternative writ granted and records ordered not to be sealed.

**95–1938.** State v. Thomas. *Athens County*, No. 94CA1608. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Entry on Motion to Certify Record, filed September 7, 1995, at 8–9: "[T]he judges of this court of appeals do hereby find that the judgment upon which they have agreed in this case is in conflict with the judgment pronounced upon the same question by the Court of Appeals of the Eighth Appellate District in *State v. Reed* (June 9, 1994), Cuyahoga App. No. 65109, unreported [1994 WL 258636].

"The rule of law upon which the conflict exists is whether a duty to retreat exists between cohabitants of a residence who engage in combat within their mutual residence."

**95–1942.** State v. Brown. *Licking County*, No. 94CA22. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**95–1981.** State v. Flowers. *Stark County*, No. C–8812. On motion for leave to file delayed appeal. Motion denied.

**95–1987.** Swiger v. Seidner. In Habeas Corpus. *Sua sponte*, alternative writ granted.

DOUGLAS and COOK, JJ., dissent and would dismiss the cause.

**95–2121.** Walls v. Gabbard. In Habeas Corpus. *Sua sponte*, alternative writ granted.

## DISCRETIONARY APPEALS ALLOWED

**95–1046.** Doyle v. Akron. *Portage County*, No. 94P0076.

BRYANT, RESNICK and F.E. SWEENEY, JJ., dissent.

PEGGY BRYANT, J., of the Tenth Appellate District, sitting for WRIGHT, J.

DANA A. DESHLER, JR., J., of the Tenth Appellate District, sitting for COOK, J.

**95–1430.** State v. Haught. *Summit County*, No. 16848. Discretionary appeal allowed; *sua sponte*, cause held for the decision in 94–2526, *State v. Pless*, Cuyahoga County, No. 63477; briefing schedule stayed.

RESNICK, J., dissents.

**95–1458.** Jones v. Chagrin Falls. *Cuyahoga County*, No. 67416.

MOYER, C.J., PFEIFER and COOK, JJ., dissent.

**95–1570.** State v. Gingerich. *Warren County*, No. CA94–11–099. Discretionary appeal allowed; *sua sponte*, cause held for the decision in 95–450, *supra*; briefing schedule stayed.

RESNICK and F.E. SWEENEY, JJ., dissent.